IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NAPOLEON CARTER,

    Plaintiff,                        No. CIV S-07-1735 LEW KJM P

    vs.

T. WALKER,

    Defendant.                    <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        Petitioner is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. He has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        The in forma pauperis statute permits federal district courts to

> authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action . . . and affiant's belief that the person is entitled to redress.

28 U.S.C. § 1915(a)(1). A court may deny leave to proceed in forma pauperis if it appears from

1

1 the face of the proposed complaint that the action is frivolous.  <u>Minetti v. Port of Seattle</u>, 152
2 F.3d 1113 (9th Cir. 1998).  In determining whether an action is frivolous, the court may "pierce
3 the veil of the complaint's factual allegations and dismiss those claims whose factual contentions
4 are clearly baseless."  <u>Neitzke v. Williams</u>, 490 U.S. 319, 327 (1989).  Such allegations include
5 those "describing fantastic or delusional scenarios, claims with which federal district judges are
6 all too familiar."  <u>Neitzke</u>, 490 U.S. at 328; <u>see also</u>  <u>Denton v. Hernandez</u>, 504 U.S. 25, 33
7 (1992) (finding of frivolousness appropriate when allegations are irrational or wholly incredible).

8        Plaintiff alleges that after he was placed in housing unit C4-228, he was "affected
9 with nest egg" in the cell window and that his personal seed has been removed.

10       The court finds these allegations frivolous.

11       IT IS HEREBY RECOMMENDED that plaintiff's request to proceed in forma
12 pauperis be denied and the action be dismissed.

13       These findings and recommendations are submitted to the United States District
14 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
15 days after being served with these findings and recommendations, plaintiff may file written
16 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
17 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
18 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
19 F.2d 1153 (9th Cir. 1991).

20 DATED:  December 6, 2007.

_____
U.S. MAGISTRATE JUDGE

1
cart1764.56